FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

June 1, 2022

No. 04-22-00174-CV

Antonio G. **CANTU**,
Appellant

v.

**BEXAR APPRAISAL DISTRICT** and Michael Amezquita,
Appellees

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI22041
Honorable John D. Gabriel Jr., Judge Presiding

## O R D E R

On May 12, 2022, appellant filed his brief, and on May 20, 2022, appellees filed an opposed motion to strike the brief, arguing appellant's brief does not comply with Rules 9.4 or 38.1 of the Texas Rules of Appellate Procedure. After reviewing the brief, we agree with appellees. Specifically, the brief violates Texas Rule of Appellate Procedure 9.4 because it is not double spaced, it is not printed in a 14-point typeface, and it does not contain a certificate of compliance. *See* Tex. R. App. P. 9.4(d), 9.4(e), 9.4(i)(3). The brief also violates Texas Rule of Appellate Procedure 38.1 because it does not contain a statement of facts or argument section *with appropriate record references*. *See* Tex. R. App. P. 38.1(g), 38.1(i). We recognize appellant is acting pro se on appeal, but "a pro se litigant is held to the same standards as licensed attorneys and must comply with applicable laws and rules of procedure." *Strange v. Cont'l Cas. Co.*, 126 S.W.3d 676, 677 (Tex. App.—Dallas 2004, pet. denied). Accordingly, we **grant** appellees' opposed motion to strike, **order** appellant's brief **stricken,** and **order** appellant to file an amended brief in this court complying with Rules 9.4 and 38.1 **by July 1, 2022** or this appeal may be dismissed for want of prosecution. *See* Tex. R. App. P. 38.9, 42.3.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of June, 2022.

FILE COPY



_____
MICHAEL A. CRUZ, Clerk of Court